UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

CASE NO: 8:18-cv-00694-SDM-JSS

IN THE MATTER OF:

THE COMPLAINT OF THOMAS A. PEPIN,
as Owner of a 2016 11' Bombardier SeaDoo GTI Limited
155 with Hull ID Number YDV37164D616,
for Exoneration from or Limitation of
Liability,
                                                              /

## JOINT STATUS REPORT

Plaintiff, Thomas A. Pepin, and Claimants, Newport Freedog, LLC and Thomas W. Carey, through their respective undersigned counsel, hereby provide their Joint Status Report as directed in this Court's Order of February 28, 2019 (DE 29).

### Status

Since the February 28, 2019 Order staying this case, no other Claimants have appeared. The parties do not expect any claims to be filed before the statute of limitations expires on September 24, 2020. Assuming no further claims are asserted before the statute of limitation expires, the parties expect to be filing a Joint Stipulation for the Dismissal of this case on or before September 30, 2020.

Respectfully submitted,

| **GRAYROBINSON, P.A.** | **BANKER LOPEZ GASSLER P.A.** |
|---|---|
| Counsel for Claimants | Counsel for PlaintiffClaimant |

| */s/ Ted L. Shinkle* | */s/ Eric C. Thiel* |
|---|---|
| TED L. SHINKLE, ESQ. | ERIC C. THIEL, ESQ. |
| Florida Bar No. 0608051 | Florida Bar. No. 0016267 |
| LESLEY-ANNE MARKS, ESQ. | 501 E. Kennedy Blvd., Suite 1700 |
| Florida Bar No. 107009 | Tampa, Florida 33602 |
| 1795 West NASA Blvd. | Telephone: (813) 221-1500 |
| Melbourne, Florida 32901 | Facsimile: (813) 222-3066 |
| Telephone: (321) 727-8100 | Email: |
| Facsimile: (321) 984-4122 | service-ethiel@bankerlopez.com |
| Email: ted.shinkle@gray-robinson.com | |
|     lesley-anne.marks@gray-robinson.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17th, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system; which will send a notice of electronic filing to all counsel of record.

                                              */s/ Eric C. Thiel*
                                              Eric C. Thiel – FBN 016267